UNITED STATES of America,
Plaintiff–Appellee,

v.

Mark BROWN, Defendant–Appellant.

No. 11–14794
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 20, 2012.

Judy K. Hunt, Anita M. Cream, Amanda C. Kaiser, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Craig L. Crawford, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

---

PER CURIAM:

Craig L. Crawford, appointed counsel for Mark Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Brown's convictions and sentences are **AFFIRMED.**